```
                 IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE NORTHERN DISTRICT OF ILLINOIS


     IN RE:

     JERRY T. GRANGER
     LINDA GRANGER                        Case No. 09-17386
```

STATEMENT AND NOTICE OF OUTSTANDING DEBT AND DEFAULT

  IN RESPONSE TO TRUSTEE NOTICE OF PAYMENT OF FINAL MORTGAGE CURE, LITTON LOAN SERVICING INC. as servicing agent for HSBC BANK USA NATIONAL ASSOCIATION as trustee under pooling and servicing agreement dated May 1, 2006, Freemont Home Loan Trust 2006-A, by and through its attorneys states that the mortgage concerned herein is NOT current and a default exists. A notice of default has been issued and served upon the debtors.  The time for curing the defaults has expired. As stated therein there is a default as follows post filing:

6-1-2010 through 2-1-2011 payments at $722.62 each
6-1-2010 through 2-1-2011 late charges $36.13 each
$50 notice of failure to comply fee
Default through  2-18-2011 is $6878.75

PLUS:  THERE IS ALSO AN INSURANCE ESCROW ADVANCE of $1409 for forced placed insurance advanced on 1-20-2011.

THROUGH 2-1-2011 DEFAULT EXCEEDS $8,287.92


                                   RESPECTFULLY SUBMITTED:

                                   /s/ STANLEY W. PAPUGA


STANLEY W. PAPUGA
KROPIK, PAPUGA & SHAW
Attorneys for
LITTON LOAN SERVICING LP
120 S. LASALLE STREET
CHICAGO, ILLINOIS 60603
Telephone: 312/236-6405